on defendant's counterclaim seeking reformation of the tender offer.

We have reviewed the record and find that there was substantial evidence to support the judgment of the trial court; no error of law appears. *See Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).

**Leonard KIRBERG, as Trustee of the Horner and Shifrin, Inc., Employee Stock Ownership Plan and Trust, Plaintiff–Respondent,**

v.

**Erwin R. BREIHAN, Defendant–Appellant.**

**No. 65376.**

Missouri Court of Appeals, Eastern District, Division Three.

April 25, 1995.

Gary H. Feder, Ziercher & Hocker, P.C., Clayton, for appellant.

Nicholas J. Lamb, Roger A. Keller, Jr., Thompson & Mitchell, St. Louis, for respondent.

Before CRANDALL, P.J., and AHRENS and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant, Erwin R. Breihan, appeals the judgment of the trial court, in a court-tried case, in favor of plaintiff, Leonard Kirberg, as Trustee of the Horner & Shifrin, Inc., Employee Stock Ownership Plan and Trust, in plaintiff's action for declaratory judgment to interpret terms of a tender offer to purchase defendant's stock upon retirement from a closely held engineering company and